UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA BALLERINI and TIERRA
EMERSON, on behalf of themselves
and similarly situated individuals,

      Plaintiffs,                    Case No. 2:23-cv-12157

v.                                      Hon. George C. Steeh

CENTENE MANAGEMENT
COMPANY, LLC,

      Defendant.

| | |
|---|---|
| Noah S. Hurwitz (P74063) | Jaclyn R. Giffen (P75316) |
| Grant M. Vlahopoulos (P85633) | jgiffen@littler.com |
| Kara F. Krause (P85487) | LITTLER MENDELSON, P.C. |
| Brendan J. Childress (P85638) | 200 Renaissance Center, Suite 33110 |
| HURWITZ LAW PLLC | Detroit, MI 48243 |
| *Attorneys for Plaintiffs* | |
| 340 Beakes St., Ste. 125 | Breanne Sheetz Martell, #39632 |
| Ann Arbor, MI 48104 | (WA) |
| (844) 487-9489 | bsmartell@littler.com |
| noah@hurwitzlaw.com | LITTLER MENDELSON, P.C. |
| grant@hurwitzlaw.com | 600 University Street, Suite 3200 |
| kara@hurwitzlaw.com | Seattle, WA 98101-3122 |
| brendan@hurwitzlaw.com | Telephone 206.623.330 |
| | |
| | Lillian T. Manning, #68432 (MO) |
| | lmanning@littler.com |
| | LITTLER MENDELSON, P.C. |
| | 600 Washington Avenue, Suite 900 |
| | St. Louis, MO 63101 |
| | Telephone 314.659.2000 |
| | Fax No. 816.817.5069 |
| | |
| | *Attorneys for Defendant* |

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiffs LISA BALLERINI and TIERRA EMERSON, on behalf of themselves and similarly situated individuals, and Defendant CENTENE MANAGEMENT COMPANY, LLC, to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiffs and against Defendant in the above-captioned action ***with prejudice*** and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiffs asserted claims, as well as any claims that Plaintiffs could have asserted, against Defendant in the above-captioned action are hereby dismissed ***with prejudice*** and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated:  February 23, 2024                             s/George C. Steeh
                                                      U. S. District Judge


Stipulated to by:

/s/ Noah. S. Hurwitz                                  /s/ Lillian T. Manning (with consent)

Noah S. Hurwitz (P74063)                              Lillian T. Manning, #68432 (MO)
HURWITZ LAW PLLC                                      LITTLER MENDELSON, P.C.
*Attorney for Plaintiff*                              *Attorneys for Defendant*

2

| | |
|---|---|
| 340 Beakes St., Ste. 125<br>Ann Arbor, MI 48104<br>(844) 847-9489<br>noah@hurwitzlaw.com | 600 Washington Avenue, Suite 900<br>St. Louis, MO 63101<br>Telephone 314.659.2000<br>lmanning@littler.com |

Dated: February 22, 2024